■ DOMINICK LONGO, Doing Business as EMPIRE PAVING COMPANY, Respondent, v. MOTIF, INC., et al., Defendants, and MAXWELL SILVERMAN, Appellant.— HERLIHY, J. Appeal by the defendant Silverman from so much of a final judgment which adjudged that the plaintiff recover a sum of money from him. The only issue was one of credibility which the Trial Judge resolved in favor of the plaintiff and there is no fair basis for interference by this court. Judgment affirmed, with costs. Gibson, P. J., Reynolds, Aulisi and Staley, Jr., JJ., concur.